UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS A. SOTO-GONZÁLEZ, et al.
    Plaintiffs

               v.                         **Civil No. 02-1102(SEC)**

CESAR A. REY-HERNANDEZ, et al.
    Defendants

**O R D E R**

| MOTION | RULING |
|---|---|
| **Docket #81**<br>**Motion to Compel Compliance** | **GRANTED.** Defendants have filed a motion seeking that the Court compel Plaintiffs to comply with the Court's orders (Dockets ## 76, 78 & 80) in which costs were taxed in favor of Defendants (Docket # 81). Plaintiffs have opposed said motion now claiming not to have the resources to pay for the costs taxed and, alternatively, that they have not been granted sufficient time to pay the same (Docket # 82).<br>    Rule 54(d) provides that "costs other than attorneys' fees shall be allowed as of course to the prevailing party unless the court otherwise directs." Fed.R.Civ.P. 54(d). The Court sympathizes with Plaintiffs' predicament. However, it is well settled that the imposition of costs is **a natural and foreseeable risk** of initiating a civil suit. Furthermore, Plaintiffs have now had **over a year** to pay the costs and have failed to do so. Therefore, Plaintiffs are hereby **ORDERED** to pay Defendants **the complete amount of costs taxed by May 31, 2006**. Plaintiffs may choose to make these payments in installments as long as the total payment is made prior to May 31, 2006. **Failure to comply with this order will result in the imposition of sanctions.** |

DATE:   April 3, 2006.

                                                          S/ *Salvador E. Casellas*
                                                           SALVADOR E. CASELLAS
                                                          U.S. Senior District Judge